FILED
2012 SEP -4 PM 1:12
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

Deon L. Thomas )
*Plaintiff* )
 ) Case No: CV12-01340 DMG (DTBx)
V. )
 ) PLAINTIFF DEON L. THOMAS
 ) NOTICE OF MOTION AND MOTION
H&P CAPITAL, INC.; ) FOR SUMMARY JUDGMENT
 )
NOEL POOLER, as an individual ) Date: October 12, 2012
*Defendants* ) Time: 9:30 a.m.
 ) Courtroom: 7-2ND Floor
 ) Judge: Dolly M. Gee

NOTICE IS HEREBY GIVEN that on October 12, 2012, at 9:30 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Dolly M. Gee, located at 312 North Spring St., Los Angeles, CA 90012, Rm. 7-2nd Floor, Plaintiff Deon L. Thomas ("Plaintiff") will, and here by move, pursuant to Fed R. Civ. P. 56 for summary judgment on the complaint filed by Plaintiff Deon L. Thomas.

There are no genuine issues of material fact. As a matter of law, Plaintiff is entitled to judgment. Plaintiff claims violations of 15 U.S.C. Fair Debt Collection Practices Act ("FDCPA") §1692 et seq. and Rosenthal Fair Debt Collection Practice Act, California Civil Code § 1788, et seq. ("ROSENTHAL"), for placing no less than 16 telephone calls to the Plaintiff cell phone, in

which to harass, annoy, abuse with no prior express consent, without given meaningful disclosure of caller's identity, and by using false and deceptive means in order to called a non-existent debt. Violation of Telephone Consumer Protection Act Sec. 227., 47 U.S.C. § 227, et seq. (hereinafter "TCPA"), for placing no less than 16 telephone calls to the Plaintiff cell phone using automatic telephone dialing system and prerecorded voice message, without permission or prior express consent. Plaintiff and Defendants do not have or ever had an established business relationship within the meaning of 47 U.S.C. § 227.

Plaintiff's motion is supported by the accompanying Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Statement of Uncontroverted Facts and Conclusion of Law, the Affidavit of Plaintiff Deon L. Thomas, and all other facts and argument which the Court must consider.

**WHEREFORE,** Considering the foregoing, the Court should grant Plaintiff Motion for Summary Judgment and the sum certain of $26,000.00, let execution issue..

DATED: Sept. 4, 2012

Respectfully Submitted,

Plaintiff

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

## CERTIFICATE OF SERVICE

I, Deon L. Thomas ("Plaintiff"), do hereby certify that a copy of the foregoing documents **PLAINTIFF DEON L. THOMAS NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF DEON L. THOMAS; PLAINTIFF DEON L. THOMAS STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSION OF LAW; AFFIDAVIT OF DEON L. THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**, will be sent to Defendant's agent for service of process, and will submit the same to the court of record on or about September 4, 2012.

H&P CAPITAL, INC.
C/o Romanello, Duane
1919-8 Blanding BLVD
Jacksonville, FL 32210

Noel Pooler
2307 Aldridge Ave.
Fort Meyers, Fl 33907

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
joscelin.thomas@gmail.com
951-413-9071