Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071/NO FAX

FILED
2012 SEP -4 PM 1: 12
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>V.<br><br>H&P CAPITAL, INC.;<br><br>NOEL POOLER, as an individual<br>*Defendants* | Case No: CV12-01340 DMG (DTBx)<br><br>**AFFIDAVIT OF DEON L. THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 12, 2012<br>Time: 9:30 a.m.<br>Courtroom: 7-2ND Floor<br>Judge: Dolly M. Gee |

## AFFIDAVIT OF PLAINTIFF

NOW COMES Deon L. Thomas ("Affiant/Plaintiff ") of Riverside, California who is over the age of 21 years of age, competent to testify, having personal knowledge of the facts stated in this affidavit, and information contained herein are true and correct and declares as follows under penalty of perjury regarding Affiant/Plaintiff's claims against H&P CAPITAL, INC ("HPC" or Defendant") and Noel Pooler ("POOLER" or "Defendant"), as an individual:

1. Affiant/Plaintiff resides at 14626 Red Gum St., Moreno Valley, CA 92555.

2. Affiant/Plaintiff has a cellular telephone registered in his name, with a number of 951-413-9071 ("Phone number").

3. On January 23, 2012 at 1:33 PM Pacific Time, HPC used an automatic telephone dialing system to call Affiant/Plaintiff phone number, as Affiant/Plaintiff answered his cell phone, he had to wait a few seconds before someone spoke.

4. On January 23, 2012 at 1:33 PM Pacific Time, an employee of HPC who called Plaintiff, name unknown, was rude and threatening to Plaintiff and was heard to say: ***"It's your phone and your minutes and I will call it every 5 minutes until you decide, as a matter of fact, I will continue to do that, have a good day sir"***, then phone call disconnected.

5. On January 24, 2012 at 1:46 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

6. On January 25, 2012 at 9:30 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

7. On January 25, 2012 at 6:48 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

8. On January 26, 2012 at 10:33 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

9. On January 28, 2012 at 11:03 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

10. On January 30, 2012 at 6:01 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

11. On January 31, 2012 at 3:27 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

12. On February 1, 2012 at 6:44 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

13. On February 3, 2012 at 11:21 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

14. On February 3, 2012 at 5:04 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

15. On February 6, 2012 at 9:23 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

16. On February 8, 2012 at 10:23 AM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

17. On February 10, 2012 at 5:13 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

18. On February 15, 2012 at 4:33 PM Pacific Time, HPC used an automatic telephone dialing system and prerecorded message to call Affiant/Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail.

19. On February 17, 2012 at 11:47 AM Pacific Time, HPC used an automatic telephone dialing system to call Plaintiff phone number, as Plaintiff answered his cell phone, he had to wait a few seconds before someone spoke.

20. ~~On February 17, 2012 at 11:47 AM Pacific Time, an employee of HPC who~~ called Affiant/Plaintiff, name Robert Allen, was rude and obnoxious yelling to Plaintiff and was heard to say: *"that's why I have a job"*, then phone call disconnected.

21. Affiant/Plaintiff never gave permission or prior express consent that would allow HPC to call him.

22. Affiant/Plaintiff has never had an established business relationship, contractual obligation or applied for types of loan, mortgage, credit card, insurance or employment with HPC.

23. The telephone calls made by the Defendants to the Plaintiff's phone were non-emergency calls.

24. Plaintiff sent a correspondence notice by Certified U.S. Postal mail on July 19, 2012 and email on July 26, 2012, to HPC in an effort to mitigate damages and

reach a settlement for the use of an automatic telephone dialing system and prerecorded message.

25. POOLER responded on July 27, 2012 to Plaintiff's July 26, 2012 email correspondence by stating in relevant parts: "your phone number is associated with only one account in our records belonging to a Deandrae Moore that we received for collections on 3/27/2012".

26. POOLER responded on July 27, 2012 to Plaintiff's July 26, 2012 email correspondence by stating in relevant parts: "As the attached account notes from our Latitude collection software shows, we never called your phone number while we had this account and returned it to its owner on 6/27/2012".

27. POOLER responded on July 27, 2012 to Plaintiff's July 26, 2012 email correspondence by stating in relevant parts: "There is no other record of your phone number in any of our collection files dating back 6 years".

28. POOLER responded on July 27, 2012 to Plaintiff's July 26, 2012 email correspondence by stating in relevant parts: "While we own a recording device and a dialer neither is operational and they have not been in service for some time. All of our calls are, and have been, placed manually by our collections staff directly to the consumers we contact".

Date: August 20 2012

*Deon L. Thomas (signature)*

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071/NO FAX

**NOTARY PUBLIC**

STATE California           )
                           ) ss.
COUNTY Riverside           )

On August 20, 2012 before me  Cindy Garcia  Notary Public

Personally appeared: Deon L. Thomas

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under the penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

This  20  day of  August , 2012   *Carolyn Garcia (signature)*  Notary Public

(Notary Seal)

CINDY GARCIA
COMM. #1848369
Notary Public-California
RIVERSIDE
My Commission Expires May 9, 2013

**AFFIDAVIT OF PLAINTIFF**                                   Page 6 of 6

Exhibit A

Case 5:12-cv-01340-DMG-DTB   Document 7   Filed 09/04/12   Page 7 of 14   Page ID #:49

Certified Mail # 7011 0470 0001 7943 9717

                              Deon L. Thomas               July 19, 2012
                              14626 Red Gum St.
                            Moreno Valley, CA 92555

**SERVED BY CERTIFIED MAIL & EMAIL**
H & P CAPITAL, INC.
7960 Baymeadows Way, bldg 6, # 300
Jacksonville, FL 32257

To Noel Pooler,

I would like to take the time to inform H & P Capital, Inc. that they made 16 (Sixteen) documented collection calls to my cell phone. The calls were initiated with an automatic telephone dialing system and pre-recorded calls, in violations of TCPA. At no time have I ever had any business dealing with your company and at no time have I ever given you my consent to call my phone. These calls were very annoying to say the least.

The private right of action in the TCPA 47 U.S.C 227(b)(3)(b)(c) allows a statutory penalty of $500.00 for the first call made in violation and a trebling of damages on each additional call as a willful violation at $1500.00 in damages per call. The statutory damages to me therefore total $23,000.00 for your violation of the TCPA. There are also violations of FDCPA and California Rosenthal Act, which each has damages that amount to $1000.00.

I am prepared to file suit in Federal District Court seeking damages for your above TCPA, FDCPA and California Rosenthal Act violations, if we cannot reach an amicable settlement of the issues at hand. I am willing to settle this matter with payment to me in the amount of $8000.00 for statutory damages under 47 U.S.C 227, that amount represent damages of only $500.00 per call, which is the absolute minimum in damages in which I am entitle to as a result of the violations. FDCPA violation, I am willing to settle now with payment to me in the amount of $1,000.00 and California Rosenthal Act violation, in the amount of $1,000.00, for a total of $10,000.00.

   Should it become necessary to follow through with litigations, the damages awarded by a jury, could be as high as the previously mentioned $23,000.00 for TCPA violations, but most assuredly will equal to a minimum of what I am willing to settle for at this time, with no litigation expenses incurred. I am will to settle for a total of $10,000.00. I encourage you to contact me at dlthomas32@gmail.com within ten (10) days, to avoid having me move forward to filing suit for recovery of said damages.

                                                      Respectfully Submitted,

                                                                  Deon L. Thomas



a

English | Customer Service | USPS Mobile | Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**   **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000179439717 | First-Class Mail® | Delivered | August 10, 2012, 11:54 am | JACKSONVILLE, FL 32244 | **Expected Delivery By:** July 23, 2012  Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 09, 2012, 9:26 am | JACKSONVILLE, FL 32238 | |
| | | Processed through USPS Sort Facility | August 08, 2012, 10:31 pm | JACKSONVILLE, FL 32203 | |
| | | Forwarded | August 06, 2012, 12:17 pm | JACKSONVILLE, FL | |
| | | Undeliverable as Addressed | August 03, 2012, 4:18 pm | JACKSONVILLE, FL 32256 | |
| | | Processed through USPS Sort Facility | August 01, 2012, 2:27 am | JACKSONVILLE, FL 32203 | |
| | | Depart USPS Sort Facility | July 22, 2012 | JACKSONVILLE, FL 32203 | |
| | | Processed through USPS Sort Facility | July 22, 2012, 4:43 am | JACKSONVILLE, FL 32203 | |
| | | Depart USPS Sort Facility | July 19, 2012 | SAN BERNARDINO, CA 92403 | |
| | | Processed through USPS Sort Facility | July 19, 2012, 6:01 pm | SAN BERNARDINO, CA 92403 | |
| | | Dispatched to Sort Facility | July 19, 2012, 4:14 pm | MORENO VALLEY, CA 92553 | |
| | | Acceptance | July 19, 2012, 1:05 pm | MORENO VALLEY, CA 92553 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.



deon thomas` <dlthomas32@gmail.com>

## D. Thomas Notice of Intent to File Lawsuit
6 messages

---

**deon thomas`** <dlthomas32@gmail.com>                                    Thu, Jul 26, 2012 at 2:58 PM
To: phossman@hpcapitalinc.com.certified.readnotify.com, mstewart@hpcapitalinc.com.certified.readnotify.com
Cc: tmackey@hpcapitalinc.com.certified.readnotify.com, ghenrion@hpcapitalinc.com.certified.readnotify.com, npooler@hpcapitalinc.com.certified.readnotify.com

Mr Pooler, Mr Henrion and Ms Mackey

I am writing this email to resolve a pretty serious matter, I would would like to request expedient resolution to this correspondence. I have attached information within that I would like to potentially avoid if necessary. It is my wish to have a sincere amicable resolution, without having outside parties involved with litigation in this matter. Please see attached correspondence.

To assist you in your investigation, in order for a smooth resolution, the number in question is 951-413-9071 . I have in my possession evidence of recorded calls and equipment used by your company that created the substantive issue of my potential claim. I hope this will assist in an amicable solution.

Best Regards,

Deon Thomas

---

📎 **HP Capital Notice of Intent to file Lawsuit.pdf**
485K

---

**Noel Pooler** <npooler@hpcapitalinc.com>                                  Fri, Jul 27, 2012 at 7:48 AM
To: deon thomas` <dlthomas32@gmail.com>
Cc: Tammy Mackey <tmackey@hpcapitalinc.com>

Mr. Thomas,

Our records indicate that, while you are not in our system, your phone number is associated with only one account in our records belonging to a Deandrae Moore that we received for collections on 3/27/2012. As the attached account notes from our Latitude collection software shows, we never called your phone number while we had this account and returned it to its owner on 6/27/2012. There is no other record of your phone number in any of our collection files dating back 6 years. Also, while we own a recording device and a dialer, neither is operational and they have not been in service for some time. All of our calls are, and have been, placed manually by our collections staff directly to the consumers we contact.

While I cannot see anything in our records to support a TCPA claim, if you could provide more information regarding the calls (dates, times, the message, etc.) it would be helpful in our investigation. We take all claims seriously and, while we admit no liability in this matter, will investigate it thoroughly.

Our attorney representing us in collection matters such as this is Steven Dunn of Dallas, TX. I will also forward our correspondence to him.

Sincerely,

Noel Pooler

H&P Capital, Inc.

PO Box 7911

Jacksonville, FL  32238

(904) 451-1878 mobile

**WE ARE DEBT COLLECTORS. WE ARE ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---

**From:** deon thomas` [mailto:dlthomas32@gmail.com]
**Sent:** Thursday, July 26, 2012 5:59 PM
**To:** phossman@hpcapitalinc.com; mstewart@hpcapitalinc.com
**Cc:** tmackey@hpcapitalinc.com; ghenrion@hpcapitalinc.com; npooler@hpcapitalinc.com
**Subject:** D. Thomas Notice of Intent to File Lawsuit

[Quoted text hidden]

---

**ReadNotify.com E-mail Posting-Time Digital Certificate.**   The above e-mail arrived from dlthomas32@gmail.com, was assigned sequence number #20868746 and ReadNotify reference **54e4197c456900bf0aaf4013923ff4c5**, digitally signed, and subsequently relayed. NB: This certificate irrevocably links the body and headers of this email to the date and time they were sent. The following signature is now published online; to view it, verify it, or for more information, please visit www.ReadNotify.com.

```
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.6 (ReadNotify.com TimeStamp Server v2.2)
Comment: Certificate #20868746, created Thu, 26 Jul 2012 21:58:46 GMT

iQBvAwUBUBG9ljanThAdit3tAQGJjALQ1wHSYnxaFwJXcf5Aqc3+l6i9tukDkLGA
SQmMZI9rYz8MCZRQmDGFQ0EhGdPYX/zTHM0ZVb7jGXPEAqoH3H2KprfVs66ZjnuL
hcIzo27oCWG4i47AObnWTNMT
=bJ2x
-----END PGP SIGNATURE-----
```

---

📎 **Moore account .pdf**
106K

---

deon thomas` <dlthomas32@gmail.com>                                                           Fri, Jul 27, 2012 at 1:06 PM
To: npooler@hpcapitalinc.com.certified.readnotify.com
Cc: tmackey@hpcapitalinc.com.certified.readnotify.com

Mr. Pooler,

I would like to thank you for responding to me in this matter.  I am fully aware that I would not be in your records what so ever, I have no knowledge of a person named Deandrae Moore, this person does not exist to me. Again, I have no knowledge of the date of 3/27/12, the calls that are subject to violation of my rights and of TCPA  47 U.S.C. 227 began January 23, 2012.  I never gave H & P Capital prior express consent.   The calls to say the least were annoying, harassing and abusive, in which violates the FDCPA and Calif. Rosenthal. I have documented records that is to the contrary of what you are writing is this correspondence.  The notes you provided are totally off the mark and I maintain evidence of all the pre-recording calls made by H & P Captial, so your claim of HP devices being in operable is not correct and misleading to say the least.   Your calls to my

cell phone are all made with a predictive dial and pre recorded devices, without prior express consent by me.

My only reason for contacting you, is to handle this very serious matter on this end of litigation and not retain outside sources. The phone in question is 951-413-9071 and I will provide the date now of: 1/23/12 @ 1:33 pm (a rude and obnoxious person who failed to give a "mini-miranda" said to me "It's your phone and your minutes and I will continue to call it, as a matter of fact, I will go ahead and do that", as phone disconnect.   1/24/12 @ 1:46pm, I attempted to answer to request the caller identity until I realized that it was an automatic prerecorded call.  1/25/12 @ 9:30am, same detail as previously mentioned,  1/25/12 @ 6:48pm, same detail as previously mentioned, 1/26/12 @ 10:33am, same detail as previously mentioned, 1/28/12 @ 11:03am, same detail as previously mentioned, 1/30/12 @ 6:01pm, same detail as previously mentioned, 1/31/12 @ 3:27pm, same detail as previously mentioned.  I have more, but you should begin your investigation starting with this.  Hopefully, this can strike some sort of settlement resolution prior to litigating.

It is my hope that we can come to a resolution sooner than later.

Thanks,

Deon Thomas
[Quoted text hidden]



deon thomas <dlthomas32@gmail.com>

---

**ReadNotify.com Proof-of-Posting Certificate for " D. Thomas Notice of Intent to File Lawsuit"**
1 message

---

**ReadNotify.com Stamper** <PleaseDon'tReplyToThis@readnotify.com>    Thu, Jul 26, 2012 at 2:58 PM
Reply-To: PleaseDon'tReplyToThis@readnotify.com
To: deon thomas <dlthomas32@gmail.com>

---

### ReadNotify.com Proof-of-Posting certificate.

The one or more digital certificates shown below were generated and attached during dispatch to your email entitled " **D. Thomas Notice of Intent to File Lawsuit**" sent on **Thu, 26 Jul 2012 21:58:46 GMT** from dlthomas32@gmail.com to npooler@hpcapitalinc.com with ReadNotify.com reference **54e4197c456900bf0aaf4013923ff4c5** and your messageid ' **<CAH_QDVSrGpxGKWqcs-BBKRYxE9XXJsM2dD5ygouZyvKQs3N=eg@mail.gmail.com>**'

For your convenience, your original (now digitally signed & time-certified) email is attached hereto.

HTML portion certificate:-

**ReadNotify.com E-mail Posting-Time Digital Certificate.** The above e-mail arrived from dlthomas32@gmail.com, was assigned sequence number #20868746 and ReadNotify reference **54e4197c456900bf0aaf4013923ff4c5**, digitally signed, and subsequently relayed. NB: This certificate irrevocably links the body and headers of this email to the date and time they were sent. The following signature is now published online; to view it, verify it, or for more information, please visit www.ReadNotify.com.

```
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.6 (ReadNotify.com TimeStamp Server v2.2)
Comment: Certificate #20868746, created Thu, 26 Jul 2012 21:58:46 GMT

iQBvAwUBUBG9ljanThAdit3tAQGJjALQ1wHSYnxaFwJXcf5Aqc3+l6i9tukDkLGA
SQmMZI9rYz8MCZRQmDGFQ0EhGdPYX/zTHM0ZVb7jGXPEAqoH3H2KprfVs66ZjnuL
hcIzo27oCWG4i47AObnWTNMT
=bJ2x
-----END PGP SIGNATURE-----
```

---

📎 **noname.eml**
6K