FILED

2012 SEP -4 PM 1:12

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ORIGINAL

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>V.<br><br>H&P CAPITAL, INC.;<br><br>NOEL POOLER, as an individual<br>*Defendants* | Case No: CV12-01340 DMG (DTBx)<br><br>PLAINTIFF DEON L. THOMAS STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSION OF LAW<br><br>Date: October 12, 2012<br>Time: 9:30 a.m.<br>Courtroom: 7-2ND Floor<br>Judge: Dolly M. Gee |

Pursuant to Fed. R. Civ. P. 56 and L.R. 56-1, Plaintiff Deon L. Thomas ("Plaintiff"), submit this Statement of Uncontroverted Facts and Conclusion of Law. Plaintiff respectfully requests the Court to consider the following undisputed facts and conclusion of law:

1. Plaintiff received multiple phone calls from HPC. Plaintiff's caller ID did not display a name. *See* Deon L. Thomas ("Plaintiff Affidavit") ¶ 2

2. On January 23, 2012 at 1:33 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system to call Plaintiff phone number, as Plaintiff

answered his cell phone, he had to wait 5 seconds before someone spoke. *See* Plaintiff Affidavit ¶ 3

3. On January 23, 2012 at 1:33 PM Pacific Time, an employee of HPC who called Plaintiff, name unknown, was rude and threatening to Plaintiff by stating "***It's your phone and your minutes and I will call it every 5 minutes until you decide, as a matter of fact, I will continue to do that, have a good day sir***", then phone call disconnected. *See* Plaintiff Affidavit ¶ 4

4. On January 24, 2012 at 1:46 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 5

5. On January 25, 2012 at 9:30 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 6

6. On January 25, 2012 at 6:48 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 7

7. On January 26, 2012 at 10:33 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 8

8. On January 28, 2012 at 11:03 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 9

9. On January 30, 2012 at 6:01 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 10

10. On January 31, 2012 at 3:27 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 11

11. On February 1, 2012 at 6:44 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5

seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 12

12. On February 3, 2012 at 11:21 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 13

13. On February 3, 2012 at 5:04 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 14

14. On February 6, 2012 at 9:23 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 15

15. On February 8, 2012 at 10:23 AM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 16

16. On February 10, 2012 at 5:13 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 17

17. On February 15, 2012 at 4:33 PM Pacific Time, HPC willingly and knowingly used an automatic telephone dialing system and prerecorded message to call Plaintiff phone number and left a prerecorded message in Plaintiff's voicemail. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. *See* Plaintiff Affidavit ¶ 18

18. On February 17, 2012 at 11:47 AM Pacific Time, willingly and knowingly used an automatic telephone dialing system to call Plaintiff phone number, as Plaintiff answered his cell phone, he had to wait a 5 seconds before someone spoke. *See* Plaintiff Affidavit ¶ 19

19. On February 17, 2012 at 11:47 AM Pacific Time, an employee of HPC who called Plaintiff, name Robert Allen, was rude and obnoxious yelling to Plaintiff ***"that's why I have a job"***, then phone call disconnected. *See* Plaintiff Affidavit ¶ 20

20. The phone calls to Plaintiff were placed by a machine that dialed the cellular telephone number automatically, without a human hand manually dialing the telephone number. Plaintiff answered his phone, had to wait 5 seconds, and then heard a click.

The machine that dialed Plaintiff cellular telephone number automatically was equipped to play a prerecorded or artificial message. After waiting 5 seconds, and then hearing a click, a prerecorded message came on. The calls stated, in relevant part:

> ***"Hello this is H&P Capital; we have an urgent matter that that requires your immediate attention. We are debt collectors attempting to collect a debt, any information obtained will be used for that purpose. Please return this call as soon as possible to 877-285-8668, between the hours of 8 a.m. and 8 p.m."***

21. Plaintiff never gave permission or prior express consent that would allow HPC to call him. *See* Plaintiff Affidavit ¶ 21

22. Plaintiff has never had an established business relationship, contractual obligation or applied for types of loan, mortgage, credit card, insurance or employment with HPC. *See* Plaintiff Affidavit ¶ 22

23. The telephone calls made by the Defendants to the Plaintiff's phone were non-emergency calls. *See* Plaintiff Affidavit ¶ 23

24. Plaintiff sent notices by email on July 26, 2012 and Certified U.S. Postal mail on July 19, 2012, to HPC in an effort to mitigate damages and reach a settlement for violations of the use of an automatic telephone dialing system and prerecorded message, in their effort to collect on a non-existent debt, before taking any civil actions against them. *See* Plaintiff Affidavit ¶ 24. Exhibit A

25. POOLER responded on July 27, 2012 to Plaintiff's email correspondence by stating "your phone number is associated with only one account in our records belonging to a Deandrae Moore that we received for collections on 3/27/2012". *See* Plaintiff Affidavit ¶ 25. Exhibit A

26. POOLER responded on July 27, 2012 to Plaintiff's email correspondence by stating "As the attached account notes from our Latitude collection software shows, we never

called your phone number while we had this account and returned it to its owner on 6/27/2012". *See* Plaintiff Affidavit ¶ 26. Exhibit A

27. POOLER responded on July 27, 2012 to Plaintiff's email correspondence by stating "There is no other record of your phone number in any of our collection files dating back 6 years". *See* Plaintiff Affidavit ¶ 27. Exhibit A

28. POOLER responded on July 27, 2012 to Plaintiff's email correspondence by stating "While we own a recording device and a dialer neither is operational and they have not been in service for some time. All of our calls are, and have been, placed manually by our collections staff directly to the consumers we contact". *See* Plaintiff Affidavit ¶ 28. Exhibit A

DATED: Sept. 4, 2012

Respectfully Submitted,

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com