1 Deon L. Thomas
14626 Red Gum Street
2 Moreno Valley, CA 92555
dlthomas32@gmail.com
3 951-413-9071

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don L. Thomas<br><br>             Plaintiff<br><br>     vs.<br><br>H&P Capital, Inc. et al.<br><br>             Defendant(s). | Case No.:<br><br>CV12-01340 DMG (DTBx)<br><br>PROOF OF SERVICE OF SUMMONS OF NOTICE OF MOTION, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN OF POINTS AND AUTHORITIES IN SUPPORT OF SUMMARY JUDGEMENT, UNCONTRAVERTED FACTS AND CONCLUSION OF LAW, AND AFFIDAVIT |

Comes now Deon L. Thomas ("Plaintiff"), submits Proof of Service of Summons on the above style case.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: September 21, 2012

_(signature)_
Deon L. Thomas, Plaintiff

- 1 -

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional): None<br>E-MAIL ADDRESS (Optional): dlthomas32@gmail.com<br>ATTORNEY FOR (Name): Deon L. Thomas | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court, Central Distr
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: Deon L. Thomas

DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER

CASE NUMBER:
ED CV12-01340 DMG(DTBx)

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* NOTICE MOTION;MEMORANDUM;AFFIDAVIT;UNCONTRAVERT

3. a. Party served *(specify name of party as shown on documents served):*
      H&P Capital, Inc
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b, on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      LAW FIRM OF DUANE ROMANELLO C/O DAWN TERRY, Auth. Agent

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 09/05/2012  (2) at *(time):* 11:50 AM
   b. ☐ **by substituted service.** On *(date):*     at *(time):*     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*     from *(city):*     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

Exhibit 1

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER | ED CV12-01340 DMG(DTBx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):         (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* H&P Capital, Inc.
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☒ other: Inc

7. **Person who served papers**
   a. Name: MARK C. WOOSTER, SPS #82
   b. Address: 11111-70 SAN JOSE Blvd #288 - Jacksonville, FL 32223
   c. Telephone number: 904-425-2457
   d. The fee for service was: $ 40.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner  ☐ employee  ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/07/12

MARK C WOOSTER SPS#82
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶                      (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

KRISTEN LEE DIXON
MY COMMISSION # DD847428
EXPIRES December 22, 2012
(407) 398-0153  FloridaNotaryService.com

9-7-2012

Exhibit 2