UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-01340 DMG (DTBx)** | Date | October 11, 2012 |
| Title | *Deon L Thomas v. H&P Capital Inc et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. #5]**

On August 13, 2012, Plaintiff Dean Thomas filed a complaint against Defendants H&P Capital, Inc. and Noel Pooler [Doc. # 1]. Defendants have not yet made an appearance in this action. Plaintiff has filed a proof of service indicating that the summons and complaint were served on September 5, 2012 on "Duane Romanello c/o Dawn Terry, Auth Agent" [Doc. # 10]. It is not clear from the record that Duane Romanello is in fact Defendant H&P Capital, Inc.'s authorized agent. Nor is there any indication in the record that Defendant Noel Pooler has ever been served with the summons and complaint.

On September 4, 2012, Plaintiff filed a Motion for Summary Judgment [Doc. # 5]. As Defendants have not appeared and there is no indication that they have been properly served with the summons and complaint, this motion is premature.

In light of the foregoing, Plaintiff's motion for summary judgment is **DENIED** without prejudice. Plaintiff shall file a proof of service within 30 days after the date of this Order demonstrating that both Defendants H&P Capital, Inc. and Noel Pooler have been properly served.[1] Failure to properly serve the summons and complaint may result in the dismissal of this action pursuant to Fed. R. Civ. P. 4(m). The October 12, 2012 hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

---

[1] The Court may not provide legal advice to any party, including *pro se* litigants. There is a "*Pro Se Clinic*" operating within the courthouse that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is administered by Public Counsel, a public interest law firm, and is staffed by lawyers and a paralegal. The clinic is open to members of the public on Mondays, Wednesdays, and Fridays from 9:30 a.m. to noon and 2:00 p.m. to 4:00 p.m. It is located in room 525 on the fifth floor of the United States Courthouse at 312 North Spring Street, Los Angeles, California. In addition, some information for *pro se* litigants can be found on the Central District's website. *See* Representing Yourself in Federal Courts, http://court.cacd.uscourts.gov/cacd/ProSe.nsf.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |