UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  DOLLY M. GEE
From: V.R. VALLERY                  , Deputy Clerk    Date Received: OCTOBER 22, 2012
Case No.: CV 12-1340-DMG (DTBx)     Case Title: DEON L. THOMAS V. H&P CAPITAL, INC., ET AL.
Document Entitled: FILING OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1     Documents must be filed electronically
- ☐ Local Rule 6-1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1      Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.11   No letters to the judge
- ☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
- ☑ Other:   Although document is entitled "filing of proof of service of summons and complaint," the proof of service is not contained in the above document.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____       _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

10/23/12                      /s/ Dolly M. Gee
Date                          U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE      COPY 2 -JUDGE      COPY 3 -SIGNED & RETURNED TO FILER      COPY 4 -FILER RECEIPT

CV-104A (06/12)              NOTICE OF DOCUMENT DISCREPANCIES

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas ) | Case No. CV12-0134 DMG (DTBx) |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | **FILING PROOF OF SERVICE OF** |
| H&P CAPITAL, INC., et al. ) | |
| ) | **SUMMONS AND COMPLAINT** |

DATED: October 15, 2012

PLAINTIFF

*[signature]*
Deon L. Thomas

- 1 -
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Deon L. Thomas | ) | |
| _____ | ) | **ED CV 12 - 01340 DMG** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| H&P CAPITAL, INC.; NOEL POOLER, as an individual | ) | **(DTBx)** |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

CLERK OF COURT

Date: _AUG 1 3 2012_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Deon L. Thomas | ) |
| _Plaintiff_ | ) CV 12 - 01340 |
| v. | ) Civil Action No. DMG |
| H&P CAPITAL, INC.; NOEL POOLER, as an individual | ) (DTBx) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Noel Pooler
9681 Pritmore Road
Jacksonville, FL 32257

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
CLERK OF COURT

L. MURRAY

Date: AUG 13 2012

_Signature of Clerk or Deputy Clerk_