Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas

*Plaintiff*

v.

H&P CAPITAL, INC., et al.

Case No. CV12-01340 DMG (DTBx)

**JUDICIAL NOTICE**

PLEASE TAKE NOTICE; This court will take notice, that the Secretary of State, State of Florida, through and by their website, has acknowledge that Duane Romenello is the Authorized Registered Agent for service for H&P Capital, Inc. *See* (Exhibit 1).

The Response to Plaintiff's service of Summons and Complaint on Noel Pooler will be mailed by a representative of Process Service Enterprises, LLC from Jacksonville FL, separate from Plaintiff's submission of the Filing of Summons and Complaint that is filed concurrent with this notice. Also, The Response to Plaintiff's service of Summons of Notice Of Motion; Motion For Summary Judgment; Memorandum Of Points And Authorities In Support Of Summary Judgment; Uncontroverted Facts And Conclusion Of Law; And Affidavit on Noel Pooler will be mailed by a

1  representative of Process Service Enterprises, LLC from Jacksonville FL, separate from Plaintiff's
2  submission of the Filing of Summons and Complaint that is filed concurrent with this notice.
3  DATED: October 19, 2012

Respectfully Submitted,

_____
Deon L. Thomas



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List                           Entity Name Search

Events            **No Name History**                                       Submit

## Detail by Entity Name

**Florida Profit Corporation**

H&P CAPITAL, INC.

**Filing Information**

Document Number    P08000093357
FEI/EIN Number     263533738
Date Filed         10/15/2008
State              FL
Status             ACTIVE
Effective Date     10/14/2008
Last Event         CANCEL ADM DISS/REV
Event Date Filed   10/14/2009
Event Effective Date NONE

**Principal Address**

7960 BAYMEADOWS WAY
BUILDING 6 SUITE 300
JACKSONVILLE FL 32256 US

Changed 02/17/2011

**Mailing Address**

7960 BAYMEADOWS WAY
BUILDING 6 SUITE 300
JACKSONVILLE FL 32256 US

Changed 02/17/2011

**Registered Agent Name & Address**

ROMANELLO, DUANE
1919-8 BLANDING BLVD
JACKSONVILLE FL 32210 US

Name Changed: 10/14/2009

Address Changed: 10/14/2009

**Officer/Director Detail**

**Name & Address**

Title P, S

POOLER, NOEL
7960 BAYMEADOWS WAY, SUITE 300
JACKSONVILLE FL 32257 US

**Annual Reports**

Exhibit 1

**Report Year   Filed Date**
2010            02/18/2010
2011            02/17/2011
2012            03/05/2012

**Document Images**

03/05/2012 -- ANNUAL REPORT    [View image in PDF format]

02/17/2011 -- ANNUAL REPORT    [View image in PDF format]

10/29/2010 -- Off/Dir Resignation    [View image in PDF format]

02/18/2010 -- ANNUAL REPORT    [View image in PDF format]

10/14/2009 -- REINSTATEMENT    [View image in PDF format]

10/15/2008 -- Domestic Profit    [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List          Entity Name Search
Events              **No Name History**                     [Submit]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

Exhibit 1A

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above will be sent to the party authorized agent and Noel Pooler listed below by first class mail USPS.

Duane Romenello
c/o
H&P Capital, Inc.
1919- Blanding Blvd
Jacksonville, FL 32210

Noel Pooler
9681 Pritmore Road
Jacksonville, FL 32257

Respectfully,

Deon L. Thomas