POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional): None<br>E-MAIL ADDRESS (Optional): dlthomas32@gmail.com<br>ATTORNEY FOR (Name): Deon L. Thomas | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>OCT 24 2012<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court, Central Distr
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central District of California

PLAINTIFF/PETITIONER: Deon L. Thomas

DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER

CASE NUMBER:
ED CV12-01340 DMG(DTBx)

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: NOTICE MOTION;MEMORANDUM;AFFIDAVIT;UNCONTRAVERT
3. a. Party served *(specify name of party as shown on documents served)*:
      NOEL POOLER
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 9681 Pritmore Rd E. Jacksonville, FL 32257
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/08/2012  (2) at *(time)*: 7:40 pm
   b. ☐ **by substituted service.** On *(date)*:           at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:           or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER | ED CV12-01340 DMG(DTBx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                          (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: MARK C WOOSTER SPS82
   b. Address: 11111-70 San Jose Blvd #288 Jacksonville, FL 32223
   c. Telephone number: 904.425.2457
   d. The fee for service was: $ 40.00
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/09/12

MARK C. Wooster SPS82
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

KRISTEN LEE DIXON
MY COMMISSION # DD847428
EXPIRES December 22, 2012
(407) 398-0153  FloridaNotaryService.com

POS-010 [Rev. January 1, 2007]          PROOF OF SERVICE OF SUMMONS          Page 2 of 2