POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

TELEPHONE NO.: 951-413-9071    FAX NO. (Optional): None
E-MAIL ADDRESS (Optional): dlthomas32@gmail.com
ATTORNEY FOR (Name): Deon L. Thomas

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court, Central Distr
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central District of California

**FOR COURT USE ONLY**

FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLAINTIFF/PETITIONER: Deon L. Thomas
DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER

CASE NUMBER: ED CV12-01340 DMG(DTBx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): NOTICE of Assignment; Notice of Interest Parties

3. a. Party served (specify name of party as shown on documents served):
      NOEL POOLER

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: 9681 PRITMORE Rd E. Jacksonville, FL 32257

5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 10/08/2012  (2) at (time): 7:40 pm
   b. [ ] by substituted service. On (date): _____ at (time): _____ I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): _____ from (city): _____ or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: H&P CAPITAL, INC.; NOEL POOLER | ED CV12-01340 DMG(DTBx) |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ by other means *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. Person who served papers
  a. Name: MARK C. WOOSTER SPS #82
  b. Address: 11111-70 San Jose Blvd #288 Jacksonville, FL 32223
  c. Telephone number: 904-425-2457
  d. The fee for service was: $ 40.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/9/12

MARK C WOOSTER SPS 82
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

KRISTEN LEE DIXON
MY COMMISSION # DD847428
EXPIRES December 22, 2012
(407) 398-0153  FloridaNotaryService.com

## Special Process Server



WOOSTER, MARK C.

Identification No.: 82

Expires: 6/30/2013

Jacksonville, FL                Signature

| Race: | Sex: | Height: | Weight: |
|---|---|---|---|
| Hair: | Eyes: | | |
| DOB: | Expires: 6/30/2013 | | |

Whose photograph appears hereon,
is a duly appointed Special Process
Server of the Consolidated City of
Jacksonville,
Duval County Florida and authorized
by THE OFFICE OF THE SHERIFF
to serve nonenforcable Civil Process
in Duval County, Florida.



**UPS United States**

New User | Log-In | Contact UPS | The UPS Store   Search

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

Tracking Number  [Track]   Log-In for additional tracking details.    Other Tracking Options

## Tracking Detail

Print   Help   A A A

**1Z8E6Y320104015900**

Updated: 11/02/2012 1:18 P.M. Eastern Time

### Delivered

**Shipping Information**

To: LOS ANGELES, CA, US

**Delivered On:**
Monday, 10/22/2012 at 10:58 A.M.

Request Status Updates »

**Shipped By**

UPS Next Day Air®

**Left At:**
Office

**Signed By:**
TALARO

Proof of Delivery

UPS MY CHOICE℠
TIRED OF GETTING THIS?
▶ Sign up now

### Additional Information

**Shipped/Billed On:**   10/19/2012
**Type:**   Package
**Weight:**   0.30 lb

### Shipment Progress

What's This?

Subscribe to UPS E-mail:  Enter e-mail address   [Sign Up »]   View Examples                    Site Feedback

**Contact UPS**
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

**Support**
Get Started
Register
Open a Shipping Account
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website

WE ♥ LOGISTICS

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2012 United Parcel Service of America, Inc. All rights reserved.

11/2/2012 10:18 AM