UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-01340 DMG (DTBx) | Date | November 15, 2012 |
| Title | *Deon L Thomas v. H&P Capital Inc., et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| MONICA SALCIDO | KATHY STRIDE |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER RE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT [DOC. # 14]**

This matter is before the Court on Plaintiff Deon Thomas's Request for Entry of Default Judgment [Doc. # 14]. The Court deems this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

I.   **Procedural History**

On August 13, 2012, Plaintiff Deon Thomas filed a complaint against Defendants H&P Capital, Inc. ("HPC") and Noel Pooler [Doc. # 1]. Plaintiff has filed a proof of service indicating that the summons and complaint were served on September 5, 2012 on "Duane Romanello c/o Dawn Terry, Auth Agent" [Doc. # 10]. The Court takes judicial notice that Duane Romanello is identified on the Florida Secretary of State's website as HPC'S registered agent in Florida. [Doc. # 17, Ex. 1].

Defendants have filed no responsive pleadings, made no appearances, and have not otherwise attempted to contact Plaintiff to resolve the matter. On October 17, 2012, the Clerk entered default against Defendant HPC pursuant to Plaintiff's request [Doc. ## 13, 14]. Plaintiff filed a Request for Entry of Default Judgment against HPC on October 15, 2012 [Doc. # 14]. As of the date of this Order, HPC has not filed an opposition. Plaintiff requests $26,000 in damages plus costs.

II.   **Factual Background**

Between the dates of January 23, 2012 and February 17, 2012, HPC allegedly called Plaintiff sixteen times to attempt to collect on a debt that Plaintiff did not owe. (Compl. ¶¶ 17-53.) The phone calls were made by an automatic dialer, and often left automated messages on Plaintiff's voicemail. (*Id.*) Plaintiff had no prior relationship with HPC, and did not give permission for them to call him. (*Id.* ¶ 54-55.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-01340 DMG (DTBx) | Date | November 15, 2012 |
| Title | *Deon L Thomas v. H&P Capital Inc., et al.* | Page | 2 of 2 |

On July 19, 2012 and July 26, 2012, Plaintiff contacted HPC in an attempt to settle the dispute. Defendant Pooler, HPC's president, acknowledged that HPC had one record of Plaintiff's phone number, but denied calling it and claims he thought it was someone else's phone number. (*Id.* ¶¶ 59-61.) Pooler also admitted to having an automatic dialer, but denied using it. (*Id.* ¶ 62.)

### III. Plaintiff Has Not Complied with Local Rules 7-4 through 7-7

Plaintiff has not satisfied the procedural requirements for default judgment. Plaintiff's motion does not include a Notice of Motion, a memorandum of points and authorities, or any sworn declaration or other supporting evidence to substantiate how Plaintiff calculated the sum certain of $26,000 in damages. *See* C.D. Cal. L.R. 7-4 – 7-7. Furthermore, there is no sworn proof of service of the motion for default judgment.

### IV. Conclusion

In light of the foregoing, Plaintiff's Request for Entry of Default Judgment against HPC is **DENIED** without prejudice to the re-filing of a properly supported motion. The November 16, 2012 hearing is **VACATED**.

**IT IS SO ORDERED.**