JEFFREY A. PARIS, State Bar #. 113527
PARIS AND PARIS, LLP
424 Pico Boulevard
Santa Monica, California 90405-1197
Telephone: (310) 392-8722
Facsimile: (310) 392-1768

Attorney for H & P Capital, Inc., and Noel Pooler

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS<br><br>Plaintiff,<br>vs.<br><br>H&P CAPITAL, INC., NOEL POOLER, as an individual,<br><br>Defendants. | Case No.: ED CV 12-01340 DMG<br><br>ANSWER TO PLAINTIFF'S COMPLAINT |

COME NOW defendants H&P CAPITAL, INC., and NOEL POOLER, as an individual, and answering the Complaint of DEON L. THOMAS on file herein, for themselves alone and for no other defendant allege as follows:

1. Defendant denies each of the following paragraphs of plaintiff's complaint: 4, 13, 64, 65, 66, 67, 68, 71, 81, and 93.

2. Defendants do not have sufficient information or belief to enable them to answer the following paragraphs and, on that ground, deny each and every allegation contained therein, paragraphs: 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,

40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 54, 55, 57, 63, 69, 71, 72, 73, 74, 75, 76, 80, 81, 82, 83, 84, 85, 86, 87, 88, 92, 94, 95, 96, 97, 98, 99, and 100.

Defendants admit the following paragraphs: 5, 9, 11, 12, 14, 15, 52, 53, 56, 58, 59, 60, 61, 62, 79, 90, and 91.

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

Any act or omission by H&P CAPITAL, INC., (hereinafter H & P), and NOEL POOLER (hereinafter POOLER) if determined to be in violation of the FDCPA, was not intentional and was the result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. Defendant's procedures include that it's collectors participate in periodic training, as well as monitoring of calls by managers. Defendant asserts such training constitutes reasonable procedures. Accordingly, Defendant would have no liability pursuant to 15 U.S.C. §1692k(c).

**SECOND DEFENSE**

Any violation of law or damage suffered by Plaintiffs, which H & P and POOLER denies, was due to the affirmative actions and/or omissions of Plaintiffs or others, and does not give rise to any liability or claim of damages.

**THIRD DEFENSE**

Plaintiffs have suffered no damages as a result of and acts or omissions of H & P and POOLER.

**FOURTH DEFENSE**

Plaintiffs failed, in whole or in part, to mitigate their damages despite having the means to do so.

**FIFTH DEFENSE**

H & P and POOLER allege Plaintiffs' claims are, or may be, barred because the claimed injuries and damages were not proximately caused by any acts or omissions of Defendant.

**SIXTH DEFENSE**

Plaintiff's claims are, or may be, barred or diminished by H & P and POOLER's right to setoff and or recoupment arising from defaults, deficiencies or otherwise.

**SEVENTH DEFENSE**

H & P and POOLER are not liable for any actions of its agents or employees committed outside the line and scope of their employment.

**EIGHTH AFFIRMATIVE DEFENSE**

H & P and POOLER did not breach any legal duty to Plaintiffs.

**NINTH AFFIRMATIVE DEFENSE**

H& P and POOLER reserve the right to allege and assert additional and/or further defenses as become apparent to Defendant during the course of this litigation.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim upon which relief may be granted.

WHEREFORE, H & P and POOLER pray for any order and judgment of this Court in it's favor against Plaintiff as follows:

(a) Dismissing all causes of action against H & P with prejudice on the merits;

(b) Entering judgment in H & P's favor;

(c) Denying the relief requested by Plaintiff;

(d) taxing all costs to Plaintiff; and

(e) Awarding such other and further relief as the Court deems just and equitable.

DATED: December 17, 2012

By ______________________
Jeffrey A. Paris Attorney for
H&P CAPITAL, INC., and NOEL POOLER

CERTIFICATE OF SERVICE

I hereby certify that on December_____, 2012, I electronically filed the foregoing DEFENDANTS H&P CAPITAL, INC., and NOEL POOLER's, ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following person:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, California 92555

/s/ Jeffrey A. Paris____________________
Jeffrey A. Paris