# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEON L. THOMAS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 12-01340 DMG (DTBx) |
| v. | |
| H&P CAPITAL, INC., et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/17/2012 | 22 | Answer to Complaint by Defendants H&P Capital, Inc. and Noel Pooler |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

> The Default by Clerk as to Defendant H&P Capital, Inc. filed 10/17/2012, document number 15, is set aside. Plaintiff's Motion for Default Judgment filed 12/4/2012, document number 21, is moot.

Clerk, U.S. District Court

Dated: 1/3/2013     By: /s/ Isabel Martinez
                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge