UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 12-1340-DMG (DTBx)** | Date | January 25, 2013 |
| Title | *Deon L. Thomas v. H&P Capital, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER AND NOTICE TO PARTIES**

On October 17, 2012, the default of defendant H&P Capital, Inc. ("H&P") was entered. [Doc. # 15.] Thereafter, on December 17, 2012, an answer was filed on behalf of defendants H&P and Noel Pooler ("Pooler"). [Doc. # 22.] Because the default of H&P had already been entered, the filing of H&P's answer was improper. This error was noted in the Notice to Filer of Deficiencies in Electronically Filed Documents, filed January 3, 2013. [Doc. # 23.]

Thereafter, on January 3, 2013, due to clerical error, a Response by the Court to Notice to Filer of Deficiencies in Electronically Filed Documents ("Court Response") was issued. [Doc. # 27.] The Court Response erroneously set aside the October 17, 2012 entry of default of defendant H&P and accepted as filed, H&P and Pooler's December 17, 2012 answer. Recognizing the clerical error of that Court Response, a Notice to Filer of Deficiencies in Electronically Filed Documents was filed January 7, 2013. [Doc. # 28.]

Accordingly, IT IS ORDERED as follows:
1. The Court Response [Doc. # 27] is vacated and the default of defendant H&P [Doc. # 15] is reinstated;
2. The Answer filed December 17, 2012 [Doc. # 22], to the extent it is filed on behalf of defendant H&P, is stricken;
3. Motion to set aside the default of H&P, if any, shall be filed within 30 days of this Order; and
4. Because defendant Pooler has answered and this case remains pending as against him, the motion for default judgment against defendant H&P, although not moot, is premature and, therefore, denied without prejudice to being refiled when this case concludes as to all defendants. *See* Fed. R. Civ. P. 54(b).

IT IS SO ORDERED.