Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas | ) |
| *Plaintiff* | ) |
| | ) 01340 |
| v. | ) Case No. CV12-~~0134~~ DMG (DTBx) |
| H&P CAPITAL, INC., et al. | ) MANDATORY JUDICIAL NOTICE |
| *Defendant(s)* | ) |

## MANDATORY JUDICIAL NOTICE

All officers of the court for the United Stated District Court, Central District of California are hereby placed on mandatory notice under authority of the supremacy and equal protection clauses of the United States Constitution and the common law authorities of Haines v Kerner, 404 U.S. 519, Platsky v. C.I.A. 953 F.2d. 25, and Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) relying on Willy v. Coastal Corp., 503 U.S. 131, 135 (1992), "United States v. International Business Machines Corp., 517 U.S. 843, 856 (1996), quoting Payne v. Tennessee, 501 U.S. 808, 842 (1991) (Souter, J., concurring). Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647, American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th Cir. 07/25/2001).

In re Haines: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. In re Platsky: court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings. In re Anastasoff: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according the rule of precedent. See Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

The intent of Congress in drafting and passing the Federal Laws, as it was done, was to have the consumers of this country acting as private attorney generals keeping the debt collectors, whether they be attorneys or non-attorneys, in check through civil litigation, if necessary, rather than putting the entire burden of enforcement on an already overburdened federal government and especially the FTC.

DATE: January 28, 2013

Respectfully Submitted,

Deon L. Thomas
4626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

## CERTIFICATE OF SERVICE

I, Deon L. Thomas, do hereby certify that on January 28, 2013, a copy of the forgoing document was sent via U.S. Mail to:

Jeffrey A Paris State Bar # 113527
424 Pico Boulevard
Santa Monica, CA 90405
Attorney for :
H&P Capital, INC. and Noel Pooler

Deon L. Thomas
4626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com