

## LAW OFFICES OF
### DONALD A. GREEN, APLC
TRIAL ATTORNEYS

---

# LIMITED POWER OF ATTORNEY

Pursuant to California Probate Code sections 4401-4402.1,

I, __JEFFREY L. FINGER__, hereby grant this limited power of attorney and authority to my attorneys LAW OFFICES OF DONALD A. GREEN, APLC, for purposes of enforcing and protecting my consumer and debtor rights:

_____

The scope of this limited power of attorney and authority shall be defined as follows: <u>LAW OFFICES OF DONALD A. GREEN, APLC, and their agents, employees, attorneys, and anyone acting on their behalf with their specific authority</u> shall have the authority to obtain credit reports, conduct investigation, discuss my creditor accounts with creditors, negotiate settlements, accept settlement offers on my behalf, make counter-offers in amounts they deem appropriate, execute the settlement agreement and release on my behalf, to endorse any settlement drafts in my name and to settle any outstanding debts on my behalf in connection with the above-described consumer and debtor rights, including but not limited to creditor settlements and/or for violations of state and federal fair debt collection and reporting practices.  Upon settlement, LAW OFFICES OF DONALD A. GREEN, APLC are hereby instructed to deposit my net proceeds from the settlement into an attorney/client trust account at a federally insured banking institution and to hold same in trust for me until instructed otherwise by me.

Dated: __6-15-12__          _____
                             CLIENT SIGNATURE

                             __JEFFREY L. FINGER__
                             PRINTED CLIENT NAME

<u>Acknowledged and certified pursuant to California
Probate Code sections 4307(a) and (b)(1) by:</u>

Dated: __6/16/12__          _____
                             Donald A. Green, Esq.
                             LAW OFFICES OF DONALD A. GREEN, APLC

**Note:** California Probate Code section 4307(b)(1) provides: "A copy of a power of attorney may be certified by [any of] the following: ... (1) An attorney authorized to practice law in this state." A copy of the POA does not need to be notarized to be valid under this provision if certified by a licensed attorney. It further authorizes us to seek attorney's fees associated with necessity of pursuing such a course of action. These attorney's fees are not discretionary, but are rather mandated by statute.

---

5963 La Place Court  Suite 304  Carlsbad, CA 92008 ♦ T: (760) 431-5290 ♦ F: (760) 431-5295 ♦ www.dgreenlaw.com