JEFFREY A. PARIS, State Bar #. 113527
PARIS AND PARIS, LLP
424 Pico Boulevard
Santa Monica, California 90405-1197
Telephone: (310) 392-8722
Facsimile:  (310) 392-1768

Attorneys for Noel Pooler

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS<br><br>        Plaintiff,<br>vs.<br><br>H&P CAPITAL, INC., NOEL POOLER, as an individual,<br><br>        Defendants. | Case No.:   ED CV 12-01340 DMG<br><br>SCHEDULING CONFERENCE<br>DATE:  MARCH 15, 2013<br>TIME:  11:00 a.m. |

## DEFENDANT'S NOTICE OF INTERESTED PARTIES

Pursuant to Fed.R.Civ.P 7.1, notice is hereby given that Noel Pooler is not a subsidiary of any publicly held company that owns 10% of more of its stock.

Further, pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Noel Pooler certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Noel Pooler, Defendant;

2. H&P Capital, Inc.

Respectfully Submitted

By _____
Jeffrey A. Paris Attorney for
NOEL POOLER

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, I electronically filed the foregoing NOEL POOLER's NOTICE OF INTERESTED PARTIES with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following person:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, California  92555

/s/ Jeffrey A. Paris
Jeffrey A. Paris