Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
Dlthomas32@gmail.com
951-413-9071

JS - 6

Jeffrey A. Paris (SBN 113527)
PARIS AND PARIS, LLP
424 Pico Boulevard
Santa Monica, CA 90405-1197
Telephone: (310) 392-8722
Facsimile:   (310) 392-1768

Attorneys for H&P Capital, Inc., and Noel Pooler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>vs.<br><br>H&P CAPITAL, INC.;<br>NOEL POOLER, as an individual,<br><br>*Defendants* | Case No. ED 5:12CV-01340 DMG (DTB)<br><br>ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [42] |

Pending before this Court is a Motion for Order of Dismissal filed jointly by Deon L. Thomas ("Plaintiff"), and Defendants H&P Capital, Inc. and Noel Pooler. For good cause appearing, the motion is **GRANTED.**

1

1
2   IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED, with**
3   **prejudice**. Each side shall bear his or its own costs.
4
5
6   DATED: October 2, 2013
7                                           _____
8                                           DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

2